**FILED**
**NOVEMBER 21, 2007**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

**07 C 6591**

| In the Matter of | Case Number: |
|---|---|
| GARDEN CITY BOXING CLUB, INC., v. RAYMUNDO RODRIGUEZ, et al. | |

**JUDGE KENDALL**
**MAGISTRATE JUDGE COX**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Garden City Boxing Club, Inc.

| NAME (Type or print) |
|---|
| Andre Ordeanu |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Andre Ordeanu |
| FIRM |
| Zane D. Smith & Associates, Ltd. |
| STREET ADDRESS |
| 415 N. LaSalle Street - Suite 300 |
| CITY/STATE/ZIP |
| Chicago, Illinois  60610 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6280752 | (312) 245-0031 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |