AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**07 C 6591**

### SUMMONS IN A CIVIL CASE

GARDEN CITY BOXING CLUB,

CASE NUMBER:

JUDGE KENDALL
MAGISTRATE JUDGE COX

V.

ASSIGNED JUDGE:

RAYMUNDO RODRIQUEZ, indv. and
d/b/a MODELO CLUB HOUSE RESTAURANT a/k/a
COMIDA TIPICA MEXICANA and MODELO CLUB HOUSE
RESTAURANT a/k/a COMIDA TIPICA MEXICANA

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

MODELO CLUB HOUSE RESTAURANT a/k/a COMIDA TIPICA MEXICANA
c/o Raymundo Rodriquez
3548 W. Lawrence Avenue
Chicago, Illinois 60625

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zane D. Smith & Associates, Ltd.
415 N. LaSalle Street - Suite 300
Chicago, Illinois 60610
(312) 245-0031

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK



November 21, 2007

Date

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | 12/18/07 |
| NAME OF SERVER (PRINT) WALTER McWILLIAMS | TITLE INVESTIGATOR |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: MODELO CLUB HOUSE RESTAURANT, C/O RAYMUNDO RODRIGUEZ 3548 W LAWRENCE CHICAGO ILLINOIS 60625

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/18/07
Date

Signature of Server: Walter McWilliams
C/O METRO SERVICE
4647 W 103RD ST
CHICAGO IL 60625
Address of Server

FILED
1-8-2008
JAN 0 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.