I.D. 06184818                                                                File No. 3781

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

| | | |
|---|---|---|
| GARDEN CITY BOXING CLUB, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | 07 C 6591 |
| RAYMUNDO RODRIGUEZ, individually and | ) | |
| d/b/a  MODELO CLUB HOUSE | ) | |
| RESTAURANT a/k/a COMIDA TIPICA | ) | Judge Kendall |
| MEXICANA and MODELO CLUB HOUSE | ) | |
| RESTAURANT a/k/a COMIDA TIPICA | ) | Magistrate Judge Cox |
| MEXICANA, | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

TO:   Raymund Rodriguez
      3548 W. Lawrence Avenue
      Chicago, Illinois 60625

    PLEASE TAKE NOTICE that on February 7, 2008 at 9:00 A.M. or as soon thereafter as counsel may be heard, I will appear before the Honorable Virginia M. Kendall or any Judge sitting in her stead in room 2319 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and then and there present the attached Motion for Default.

                                    Respectfully submitted,

                                    s/Zane D. Smith
                                    Zane D. Smith

Zane D. Smith
ZANE D. SMITH & ASSOCIATES, LTD.
415 North La Salle Street, Suite 300
Chicago, Illinois 60610
(312) 245-0031

### CERTIFICATE OF SERVICE

    I, Zane D. Smith, an attorney, on oath state that I served the foregoing upon the above named addressee by placing a true and correct copy of same in the U.S. Mail located at 400 N. Street, Chicago, on January 31, 2008  before the hour of 5:00 P.M. with proper postage prepaid. Under the penalties of perjury, I certify that the above statements set forth herein are true and correct.

                                    s/Zane D. Smith
                                    Zane D. Smith