# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Garden City Boxing Club, Inc.
                              Plaintiff,

v.                                            Case No.: 1:07−cv−06591
                                              Honorable Virginia M. Kendall

Raymundo Rodriguez, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 7, 2008:

   MINUTE entry before Judge Virginia M. Kendall : Motion hearing held. Motion for Default [12] is granted as to both Defendants. Prove−up hearing set for 3/6/2008 at 9:00 AM. Mailed notice (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.