# AFFIDAVIT OF ZANE D. SMITH
# IN SUPPORT OF THE PETITION FOR FEES

    I, Zane D. Smith of the law firm of Zane D. Smith & Associates, Ltd., attorney for the Plaintiff, Garden City Boxing Club, being duly sworn depose and state that if called to testify before this Honorable Court I would competently testify that the firm of Zane D. Smith & Associates, Ltd., has incurred the following time and expenses in the prosecution of the matter of Garden City Boxing Club, Inc., v. Raymund Rodriguez, et al., cause number 07 C 6591:

| **Date** | **Description** | **Provider** | **Time** |
|---|---|---|---|
| 11/20/07 | Preparation of Complaint | ZDS | 3.00 |
| 11/21/07 | Preparation of Summons and required District Court documents; electronic filing of Complaint, etc. | PAM | 1.00 |
| 12/14/07 | Telephone conference with Metro Service regarding service on Defendants. | PAM | .25 |
| 1/23/2008 | Check Court computer for status of appearances | PAM | .25 |
| 1/24/2008 | Attendance at Court for status hearing | AO | 1.00 |
| 1/31/08 | Preparation of Motion for Default | ZDS | 1.00 |
| 2/7/08 | Attendance at Court for motion for default | ZDS | 1.00 |
| 3/11/08 | Preparation of Prove-up documents | PAM | 1.50 |
| 3/11/08 | Review of Prove-up documents | ZDS | .50 |
| 3/12/08 | Electronic Filing of Prove-up documents | PAM | .50 |
| 3/13/08 | Attendance at Court on Prove-up documents | AO | 1.00 |

| | |
|---|---|
| **Total Attorney (ZDS and AO) Hours = 7.50 hours at $250.00 per hour:** | $1875.00 |
| **Total Paralegal (PAM) Hours = 3.50 hours at $75.00 per hour:** | $ 262.50 |
| **Total Attorney's and Paralegal Fees:** | $2137.50 |

Expenses

| | |
|---|---|
| Filing Fee | $350.00 |
| Service of Summons | $ 75.00 |

**Total Expenses:** $ 425.00

**TOTAL ATTORNEYS' FEES, PARALEGAL FEES & EXPENSES**     $2562.50

Further Affiant Sayeth Not

_Zane D. Smith_

Subscribed and sworn to before me
this 11th Day of March, 2008

_Patricia Meinke_
NOTARY PUBLIC