I.D. 06184818 File No. 3781

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

| | | |
|---|---|---|
| GARDEN CITY BOXING CLUB, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | 07 C 6591 |
| RAYMUNDO RODRIGUEZ, individually and | ) | |
| d/b/a MODELO CLUB HOUSE | ) | |
| RESTAURANT a/k/a COMIDA TIPICA | ) | Judge Kendall |
| MEXICANA and MODELO CLUB HOUSE | ) | |
| RESTAURANT a/k/a COMIDA TIPICA | ) | Magistrate Judge Cox |
| MEXICANA, | ) | |
| Defendant. | ) | |

### ORDER

THIS CAUSE coming to be heard on Plaintiff's Motion for Prove Up the Court being fully advised in the premises,

IT IS HEREBY ORDERED that judgment is entered in favor of the Plaintiff, GARDEN CITY BOXING CLUB, INC., and against Defendants, RAYMUNDO RODRIGUEZ, individually and MODELO CLUB HOUSE RESTAURANT a/k/a COMIDA TIPICA MEXICANA, in the amount of 512,562.50.

ENTER:

_____
**Judge**

Date: _____

Zane D. Smith
ZANE D. SMITH & ASSOCIATES, LTD.
415 North LaSalle Street
Suite 300
Chicago, Illinois 60602
Phone:    (312) 245-0031
Facsimile: (312) 245-0022