UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.0**
Eastern Division

Garden City Boxing Club, Inc.
                             Plaintiff,

v.                                         Case No.: 1:07–cv–06591
                                            Honorable Virginia M. Kendall

Raymundo Rodriguez, et al.
                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 13, 2008:

      MINUTE entry before Judge Virginia M. Kendall : Motion hearing held regarding Plaintiff's Motion for Prove–Up [16] on 3/13/2008. Plaintiff is ordered to submit a position paper on or before 3/27/2008 supporting its request for judgment in the amount of $512,562.50 specifically addressing the validity of wilful and wanton damages and statutory damages for three transmissions. Court will rule by mail. Mailed notice. (kw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.